UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BENNETTA GREEN                                                                                    PLAINTIFF

V.                                          5:07CV00212 JTR

MARK P. FALLIS, et al.                                                                        DEFENDANTS

## ORDER

The parties have notified the Court that a settlement has been reached in this matter. Accordingly, the Complaint and all claims in this action are hereby DISMISSED, WITH PREJUDICE.

The Court retains jurisdiction for thirty days to vacate this Order and reopen this action if it is shown that settlement has not been completed and further litigation is necessary.

Dated this 3rd day of February, 2009.

_____
UNITED STATES MAGISTRATE JUDGE